NUMBER 13-00-333-CV





COURT OF APPEALS





THIRTEENTH DISTRICT OF TEXAS





CORPUS CHRISTI

____________________________________________________________________




CLUCKERS RESTAURANTS, INC. AND 

HARVEST RESTAURANT GROUP, INC. 

F/K/A CLUCKCORP, INC., Appellants, 



v.





FROST BANK, Appellee. 

____________________________________________________________________




On appeal from the 148th District Court

of
Nueces
 County, Texas.

____________________________________________________________________




O P I N I O N

Before Chief
Justice Seerden and Justices Rodriguez and Kennedy(1) 

Opinion Per
Curiam 



Appellants, CLUCKERS RESTAURANTS, INC. AND HARVEST RESTAURANT
GROUP, INC. F/K/A CLUCKCORP, INC., perfected an appeal from a judgment entered by the 148th District Court of Nueces
 County, Texas, in cause number 98-05976-E. After the record was received, the parties filed a
joint motion to dismiss the appeal. The parties request that this Court dismiss
the appeal. 

The Court, having considered the documents on file and the parties' joint
motion to dismiss the appeal, is of the opinion that the motion should be
granted. The joint motion to dismiss is granted, and the appeal is hereby
DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 3rd day of August, 2000.


1. Retired Justice Noah Kennedy assigned to this Court by
the Chief Justice of the Supreme Court of Texas pursuant to tex. Gov't code ann.
§74.003 (Vernon 1998).